Certificate Number: 03088-PAE-DE-034124413

Bankruptcy Case Number: 15-10050



03088-PAE-DE-034124413

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2020, at 7:04 o'clock PM CST, Loretta E Marshall completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 21, 2020              By:    /s/Brianna M Glynn

                                        Name:  Brianna M Glynn

                                        Title: Counselor